# UNITED STATES DISTRICT COURT
### for the
### EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. BARRETT RANDALL GRIFFIN**                     **Docket No. 5:14-CR-85-1FL**

### Petition for Action on Supervised Release

COMES NOW Jeffrey L. Keller, Supervising U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of BARRETT RANDALL GRIFFIN, who, upon an earlier plea of guilty to Robbery of a United States Post Office in violation of 18 U.S.C. §§ 2114 and 2114(a), was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on December 9, 2014, to the custody of the Bureau of Prisons for a term of 41 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

BARRETT RANDALL GRIFFIN is scheduled to be released from custody on March 9th, 2017, at which time the term of supervised release will commence.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant is scheduled to be released from his term of imprisonment tomorrow, March 9, 2017. However, the residence plan involving his sister has become unavailable and he is without a place to stay once released. Over the last few months while living in the halfway house in New Jersey, Mr. Griffin has done very well in mental health and substance abuse treatment and has obtained gainful employment. As a result, the District of New Jersey seeks to continue working with Mr. Griffin and requests that the court approve his continued housing at the halfway house until a suitable residence can be secured. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall undergo placement in a community corrections center, halfway house, or similar residential reentry center for a period of 90 days, or until alternative housing has been secured and approved by the United States Probation Officer. While residing in any such facility, the defendant shall abide by the rules of that facility and pay subsistence as required by the program.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jeffrey L. Keller

Jeffrey L. Keller
Supervising U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8696
Executed On: March 08, 2017

## ORDER OF THE COURT

Considered and ordered this ___8th___ day of ___March_____, 2017, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge